# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-25-00302-CR

**Elvis Josue Molina-Garcia, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-24-205417, THE HONORABLE DAYNA BLAZEY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Molina-Garcia's counsel previously moved for an abatement of this appeal so that she could obtain his signature on a motion to voluntarily dismiss this appeal. *See* Tex. R. App. P. 42.2(a). On August 29, 2025, we abated this appeal. On September 19, 2025, Molina-Garcia's counsel filed a motion to voluntarily dismiss this appeal including Molina-Garcia's and counsel's signatures. We therefore lift the abatement ordered by this court on August 29, 2025, reinstate the appeal, grant the motion, and dismiss the appeal. *See id.*

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly and Theofanis

Dismissed on Appellant's Motion

Filed: September 25, 2025

Do Not Publish